FILED ENTERED
LODGED RECEIVED

AUG 13 2019

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY               DEPUTY

Chief Judge Ricardo S. Martinez

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>IACOB RAZUMNII,<br><br>Defendant. | NO. CR10-0029 RSM<br><br>GOVERNMENT'S MOTION AND ORDER TO DISMISS INDICTMENT AND QUASH ARREST WARRANT |

Comes now the United States of America, by and through its undersigned attorney pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and moves this honorable court for a dismissal of the Indictment in the aforesaid case without prejudice, and to quash the arrest warrant.

DATED this __13__ day of August, 2019.

Respectfully submitted,

BRIAN T. MORAN
United States Attorney

*/s/ Matthew D. Diggs*
MATTHEW D. DIGGS
Assistant United States Attorney

Government's Motion Dismiss Indictment/ - 1
IACOB RAZUMNII, CR10-0029RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# ORDER

Leave of the Court is GRANTED for the filing of the foregoing dismissal of indictment and to quash the arrest warrant.

DATED this 13 day of August, 2019.

_____
RICARDO S. MARTINEZ
Chief United States District Judge

Government's Motion Dismiss Indictment/ - 2
IACOB RAZUMNII, CR10-0029RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970